**FILED**

**Sep 09, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00102-SAB |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| JOSE TOBIAS JIMENEZ-MARTINEZ, | |
| Defendant. | |

The United States, having arrested the defendant, Jose Tobias Jimenez-Martinez, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Jose Tobias Jimenez-Martinez.

Dated:   **Sep 9, 2025**

Hon. Erica P. Grosjean
United States Magistrate Judge